# FORDHARRISON

CityPlace II, 185 Asylum Street | Suite 820
Hartford, Connecticut 06103
Tel 860-740-1355 | Fax 860-578-2075

JOHANNA G. ZELMAN
860-740-1361
Jzelman@fordharrison.com

October 3, 2023

The Honorable J. L. Sinatra, Jr.
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

    Re:    Cantrell Mitchell, et al. v. Bottling Group, LLC, et al.
            Docket No.: 1:23-cv-00445-JLS

Dear Judge Sinatra:

    My firm represents Defendants in the above-referenced action. For the reasons set forth below, Defendants respectfully request that the stay in this matter be extended for another 30 days. This is the Defendants' second request of this kind and will not impact any deadlines of the Court other than Defendants' answer.

    By way of background, Your Honor stayed this matter until September 29, 2023 so that the parties may attempt resolution through private mediation. The parties have been in regular communications regarding scheduling of such mediation and are actively engaged in settlement negotiations to hopefully resolve the claims brought by some, if not all, Plaintiffs even before mediation. Based on preliminary negotiations, Defendants are hopeful that they may be able to resolve this matter through settlement. To allow the parties to fully explore that possibility while conserving resources, Defendants respectfully request that the stay in this matter be extended for another 30 days.

    Plaintiffs' Counsel consents to the granting of this request.

    The parties thank the Court for its consideration herein.

Sincerely,

Johanna G. Zelman

JGZ/kc

www.fordharrison.com